## Commonwealth *v.* Irvin, Appellant.

Submitted September 22, 1970. *John A. O'Brien,* for appellant; *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Libron, Appellant.

Submitted September 21, 1970. *Francis S. Wright* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.